| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | OWEN ROTH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RUELAS ZUAZO, et al.,<br><br>Defendants. | CASE NO. 2:97-CR-00406-MCE<br><br>**ORDER DISMISSING INDICTMENT AGAINST SAMUEL CAMPANERO AND ANNA MORALES** |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendants Samuel Campanero Ruiz and Anna Morales in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant be recalled.

IT IS SO ORDERED.

Dated: October 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1